UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW PORONTO,

    Plaintiff,

v.

MARY KRAUSE,

    Defendant.

Case No. 24-cv-13197

Honorable Robert J. White

### ORDER DENYING DEFENDANT'S MOTION TO EXTEND THE WELLPATH BANKRUPTCY STAY TO THIS LITIGATION AS MOOT

Andrew Poronto commenced this 42 U.S.C. § 1983 action against Wellpath, LLC's nurse employee Mary Krause. The complaint alleges that Krause exhibited deliberate indifference to Poronto's underlying seizure condition, while he was incarcerated at the Macomb County jail, in violation of the Eighth and Fourteenth Amendments to the United States Constitution. Poronto filed a related case against Wellpath and two other Wellpath nurse employees stemming from the same operative facts. (*Poronto v. Hoist*, Case No. 24-cv-10522).

On November 11, 2024, Wellpath filed a voluntary petition for chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas. (Case No. 24-cv-10522, ECF No. 28-1). The bankruptcy court stayed any lawsuits

against Wellpath's "current or former employees to the extent the Debtors are also named defendants in the underlying lawsuit . . . until the earlier of (a) the effective date of a confirmed chapter 11 plan; (b) dismissal of the chapter 11 cases of the Debtors; or (c) April 30, 2025." (Case No. 24-cv-10522, ECF No. 33-1, PageID.447, ¶ 1). That court confirmed the chapter 11 plan on May 1, 2025. (Case No. 24-cv-10522, ECF No. 37-1).

Before this Court is Krause's motion to extend Wellpath's bankruptcy stay to this litigation. (ECF No. 13). Poronto responded in opposition. (ECF No. 14). Krause filed a reply. (ECF No. 15). The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(f)(2).

The bankruptcy court's June 4, 2025 order regarding the lifting of stay motions now authorizes "Holders of Claims or Interests that affirmatively elected to opt out of the [Confirmation] Plan's Third-Party Release" to "bring or continue to pursue claims all Non-Debtor Defendants, including employees of the Debtors and/or Post-Restructuring Debtors." (Case No. 24-cv-10522, ECF No. 38-1, PageID.568, ¶ 5). No one disputes that Poronto already opted out of the Confirmation Plan's Third-Party Release. (Case No. 24-cv-10522, ECF No. 38, PageID.544, ¶ 4(b)). Accordingly,

3

      IT IS ORDERED that Krause's motion to extend Wellpath's bankruptcy stay to this litigation (ECF No. 13) is denied as moot.

Dated: September 16, 2025                s/ Robert J. White
                                                          Robert J. White
                                                          United States District Judge